UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANDREW JAMES MCGONIGLE,<br>*on behalf of himself and others similarly situated*,<br><br>            Plaintiff,<br><br>v.<br><br>MIDWEST CATALOG BRANDS, LLC d/b/a<br>AMERIMARK<br><br>            Defendant. | Civil Action No.:3:24-cv-864<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

**JOINT MOTION TO EXTEND SELECT DEADLINES BY 90 DAYS**

Plaintiff and Defendant (collectively, the "Parties") respectfully move the Court to extend by ninety (90) days the class-certification and related deadlines previously set by the Court's Preliminary Pretrial Conference Order (ECF No. 13, entered March 20, 2025). Good cause exists under Rule 16(b)(4) for the reasons below, and the requested extension will not prejudice either side or affect the Court's current pretrial conference and trial settings.

First, Defendant has been diligently collecting and validating class-related data, including call logs and reassigned-number checks and related exports, some of which require third-party vendor cooperation and quality assurance. This process was recently completed and that data has been produced.

Second, the Parties have scheduled a private mediation with Hon. David Jones (Ret.) on October 29, 2025; a brief continuance will allow the Parties to focus resources on settlement efforts before incurring additional expert-disclosure and class-briefing expense. Furthermore, the requested extension preserves the sequencing in the existing

order (ECF No. 13) and promotes efficient adjudication consistent with Rule 1. Thew new proposed Schedule is below:

| Event | Current Deadline | Proposed Deadline (+90 days) |
|---|---|---|
| Motions for class certification & Plaintiff's disclosure of class-certification expert reports/summaries | September 26, 2025 | December 25, 2025 |
| Opposition to class certification & Defendant's disclosure of class-certification expert reports/summaries | November 14, 2025 | February 12, 2026 |
| Reply brief in support of motion for class certification & deadline for filing Daubert motions for class-certification experts | January 02, 2026 | April 02, 2026 |
| Responses to Daubert motions | January 30, 2026 | April 30, 2026 |
| Replies | February 13, 2026 | May 14, 2026 |
| Disclosure of merits experts — Plaintiff/Proponent | April 17, 2026 | July 16, 2026 |
| Disclosure of merits experts — Defendant/Respondent | May 22, 2026 | August 20, 2026 |
| Deadline for filing dispositive motions | June 26, 2026 | September 24, 2026 |

For the foregoing reasons, the Parties jointly request that the Court extend the deadlines listed in the table above by ninety (90) days, with all other provisions of the Preliminary Pretrial Conference Order (ECF No. 13, entered March 20, 2025) remaining in effect.

Dated: September 11, 2025

          */s/ Anthony Paronich*
          Anthony Paronich
          Email:  anthony@paronichlaw.com
          PARONICH LAW, P.C.
          350 Lincoln Street, Suite 2400
          Hingham, MA 02043
          Telephone:  (617) 485-0018
          Facsimile:  (508) 318-8100

          *Counsel for Plaintiff*


**QUARLES & BRADY LLP**

*/s/ Zachary Foster*
Zachary Foster (admitted *pro hac vice*)
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602
(813) 387-0300
zachary.foster@quarles.com

Nathan Oesch (SBN 1076063)
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
(414) 277-5000
Nathan.oesch@quarles.com

*Counsel for Defendant*


**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

          */s/ Anthony Paronich*
          Anthony Paronich