IN THE UNITED STATES DISTRICT COURT FOR
THE WESTEN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br> v. <br><br> MIDWEST CATALOG BRANDS, LLC d/b/a AMERIMARK, <br><br> Defendant. | Case No. 3:24-cv-00864 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) the Federal Rules of Civil Procedure, Plaintiff, Andrew James McGonigle ("**McGonigle**"), and Defendant, Midwest Catalog Brands, LLC d/b/a Amerimark ("**Amerimark**"), by and through their undersigned counsel, hereby stipulate that this action be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated this 6th day of January, 2026.

1

| | |
|---|---|
| **PARONICH LAW, P.C.** | **QUARLES & BRADY LLP** |
| /s/ Anthony Paronich | /s/ Nathan Oesch |
| Anthony Paronich | Zachary Foster (admitted *pro hac vice*) |
| 350 Lincoln Street, Suite 2400 | 101 East Kennedy Boulevard, Suite 3400 |
| Hingham, MA 02043 | Tampa, Florida 33602 |
| anthony@paronichlaw.com | (813) 387-0300 |
| Telephone: (617) 485-0018 | zachary.foster@quarles.com |
| Facsimile: (508) 318-8100 | |
| | Nathan Oesch (SBN 1076063) |
| Dana J. Oliver | QUARLES & BRADY LLP |
| Oliver Law Center, Inc. | 411 East Wisconsin Avenue, Suite 2400 |
| 8780 19th Street, Suite 559 | Milwaukee, WI 53202 |
| Rancho Cucamonga, CA 91701 | (414) 277-5000 |
| dana@danaoliverlaw.com | nathan.oesch@quarles.com |
| Telephone: (855)348-3262 | |
| Facsimile: (888) 570-2021 | *Attorneys for Defendant Midwest Catalog Brands, LLC d/b/a Amerimark* |
| *Attorney for Plaintiff Andrew James McGonigle* | |